IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jane Doe, | : | |
| Plaintiff | : | Civil Action 2:13-cv-00486 |
| v. | : | Judge Frost |
| Kevin C. Bollaert, *et al.*, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

Plaintiffs Jane Doe and John Doe's May 21, 2013 motion for a protective order (doc. 3) is GRANTED. It is ORDERED that plaintiffs may proceed in this action anonymously.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge.  The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto.  The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/Mark R. Abel
United States Magistrate Judge