# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 4-20-10)

JANE DOE, a minor, through her father JOHN DOE
    Plaintiff,

-vs-

KEVIN C. BOLLAERT et al
    Defendant,

FILED
JOHN P. HEDMAN
CLERK

2013 JUN 20 AM 11: 05

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Case No. 2:13-cv-0486

District Judge Frost
Magistrate Judge Able

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __H. Louis Sirkin__, trial
                                                   (Name of Trial Attorney)

attorney for __Jane Doe__, in the above-referenced action, hereby moves the court to
        (Name of Party)

admit __Marc J. Randazza__, *pro hac vice* to appear and participate as counsel or co-counsel
    (Name of PHV Attorney)

in this case for __Jane Doe__.
                (Name of Party)

Movant represents that __Marc J. Randazza__ is a member in good standing
                              (Name of PHV Attorney)

of the highest court of __NV__ as attested by the accompanying certificate from that
                       (Name of State)

court and that ~~Marc J. Randazza~~ ~~is not eligible to become a member of the~~
               (Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

    Marc J. Randazza understands that, unless expressly excused, he or
   (Name of PHV Attorney)

she must register for electronic filing with this Court promptly upon the granting of this Motion.

Marc J. Randazza 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone  702-420-2001     Business fax  305-437-7662

Business address  6525 W. Warm Springs Road, Suite 100

Las Vegas, NV 89118

Business e-mail address  MJR@randazza.com

(Signature of Trial Attorney)
600 Vine Street, Suite 2700
(Address)
Cincinnati, OH 45202
(City, State, Zip Code)
513-721-4450
(Telephone Number)

Trial Attorney for  Jane Doe
(Name of Party)

**(Please attach required Certificate of Service)**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served upon all parties and counsel of record via regular U.S. mail this 18th day of June, 2013.

*/s/ H. Louis Sirkin*
H. Louis Sirkin (0024573)



# STATE BAR OF NEVADA

## Certificate of Good Standing

### Marc J. Randazza

(Bar Number 12265) was admitted by the Supreme Court of the State of Nevada

On 1/6/2012 as an Attorney and Counselor at law duly licensed to practice in all courts of the State of Nevada, it is hereby further certified that MARC J. RANDAZZA is now an Active member of the State Bar of Nevada in good standing.

DATED this Tuesday, June 11, 2013

Suzanne Watters
Member Services Assistant
State of Nevada