IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

FILED
JOHN P. HEHMAN
CLERK
2013 JUL 29  AM 11: 21
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| JANE DOE, a minor, through her father<br>JOHN DOE<br>c/o Santen & Hughes, LPA<br>600 Vine Street, Suite 2700<br>Cincinnati, Ohio 45202<br><br>  Plaintiff,<br><br>vs.<br><br>KEVIN C. BOLLAERT, an individual<br>1765 Garnet Avenue 27<br>San Diego, California 92109<br><br>  and<br><br>ERIC S. CHANSON, an individual;<br>2 Columbia Place<br>Princeton Junction, New Jersey 08550-1816<br><br>  and<br><br>ROY E. CHANSON, an individual;<br>18 Peabody Lane<br>Mercerville, New Jersey 08619<br><br>  and<br><br>AMY L. CHANSON, an individual<br>18 Peabody Lane<br>Mercerville, New Jersey 08619<br><br>  and<br><br>BLUE MIST MEDIA, LLC, a limited<br>liability company of unknown origin, d/b/a<br>"YOUGOTPOSTED"; and "JOHN ROE,"<br>an individual,<br>c/o Domains by Proxy, LLC<br>14747 N. Northsight Blvd.<br>Suite 111, PMB 309<br>Scottsdale, Arizona 85260 | CASE NO. 2:13 CV0486<br><br>Assigned to:<br>Judge Gregory L. Frost<br>Magistrate Judge Mark R. Abel<br><br><br><br><br><br><br>**DEFENDANT ERIC S. CHANSON'S<br>MOTION TO DISMISS** |

|  |  |
|---|---|
| Defendants. | )<br>)<br>) |

## ERIC S. CHANSON'S DECLARATION IN SUPPORT OF MOTION TO DISMISS

Pursuant to 28 U.S.C. § 1746, I, Eric S. Chanson, declare the following:

1. I am an individual residing in Princeton Junction, New Jersey. I am not now nor ever have been a resident of the state of Ohio.

2. I have been named a defendant in this action, although the Columbia Place address in the original case caption is incorrect. I reside at 21 Coneflower Lane, Princeton Junction, New Jersey 08550.

3. I make this statement in support of the Motion to Dismiss filed by myself. Unless otherwise stated, I make all the statements of fact in this declaration based on my own personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of July 2013

*Eric S. Chanson* (signature)
_____
Eric S. Chanson