# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JANE DOE, a minor, through her father
JOHN DOE,**

    **Plaintiff,**

    v.

**KEVIN C. BOLLAERT, et al.,**

    **Defendants.**

Case No. 13-cv-486

Judge Gregory L. Frost

## ORDER

Defendants' Motions to Dismiss (ECF No. 8 and 9) shall come on for a non-oral hearing on September 18, 2013 at 8:00 a.m.

**IT IS SO ORDERED.**

                                      /s/ Gregory L. Frost
                                      Gregory L. Frost
                                      United States District Judge