# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JANE DOE, a minor, through her father**
**JOHN DOE,**

      **Plaintiff,**

                                    Case No.  13-cv-486
   v.                             Judge Gregory L. Frost

**KEVIN C. BOLLAERT, et al.,**

      **Defendants.**

## ORDER

Defendants' Motion for Sanctions (ECF No. 16) shall come on for a non-oral hearing on October 15, 2013 at 8:00 a.m.

    **IT IS SO ORDERED.**

                                           /s/   Gregory L. Frost
                                           Gregory L. Frost
                                           United States District Judge