# YOU GOT POSTED

You Got Posted™ contains sexually explicit content and is for **ADULTS ONLY**. If you are under 18 years old, exit. You must agree to our terms before accessing this site. All content posted to this site is user submitted. YOUGOTPOSTED™ is protected under the First Amendment and 47 U.S.C. § 230. UGOTPOSTED™ has a zero-tolerance policy against child pornography. We will terminate and report to the authorities any user who posts illegal content. DMCA Compliance 2257 Exempt

# Terms Of Use

MEMBER USER AGREEMENT FOR    ugotposted.com

You must read and agree to these Terms and Conditions before you can visit, join, or submit content to the above-referenced Site ("Site") Please read them carefully. By obtaining a Membership with the Site, or otherwise using or accessing the Site's content, you agree to be bound by the following Terms and Conditions:

TERMS & CONDITIONS/USER AGREEMENT

**Effective Date: July 10th, 2012**

**Last Modified: August 6th, 2013**

1. PRELIMINARY PROVISIONS:
   a. Party Definitions and Introductory Terms – The operative parties referred to in this user Agreement are defined as follows:
      i. You Got Posted, is currently the publisher and operator of the following Sites, and this Agreement applies to all of them equally:
         - www.ugotposted.com
         Hereinafter, You Got Posted d/b/a any one of the above Sites shall be referred to as "COMPANY". When first-person pronouns are used in this Policy, (us, we, our, ours, etc.) these provisions are referring to You Got Posted d/b/a any one of the above sites, or as any other site that we may choose to publish in the future. Additionally, when the terms "The SITE" or "SITE" are used, these terms refer to any site published by us, unless a site is specifically exempt from this policy.
      ii. "You," the "User" – As the user of this site, this policy will refer to the user as "you" or through any second-person pronouns,



Create an account

**Username**

**Password**

☐ Remember Me

**Categories**

Alabama

Alaska

Arizona

Arkansas

Australia

California

referred to in applicable second-person pronouns. You certify that you are over 18 years of age, and competent to engage in contracts.

   iii. User vs. Member – For the purposes of this Agreement, all Members are Users, but not all Users are Members. This Agreement applies to all Users whether they are members or not. You become a User by accessing this Site in any way. You need not become a Member of the Site to make this Agreement apply to You.

  b. What this Agreement is – This Agreement is a legal contract between You and the Publisher. You should treat it as any other legal contract by reading its provisions carefully, as they will affect Your legal rights. By accessing the Site in any manner, You are affirmatively agreeing to be bound by all of the terms contained in this User Agreement. You may not pick and choose which terms apply to You. If You do not agree with all of the terms in this Agreement, You must cease all access and use of the Site and any other services provided by the Publisher.

  c. Consideration – Consideration for Your acquiescence to all of the provisions in this Agreement has been provided to You in the form of allowing You to use Our Site and Our Services. You agree that such Consideration is both adequate, and that it is received upon your viewing or downloading any portion of any of the Publisher's Site(s).

  d. Electronic Signatures / Assent Required:

   i. Nobody is authorized to access this Site unless they have signed this Agreement. Such signature does not need to be a physical signature, since this Agreement is intended to be governed by the Electronic Signatures in Global and National Commerce Act (E-Sign Act). You manifest Your agreement to this User Agreement by taking any act demonstrating Your assent thereto. Most likely, You have clicked or will click a button containing the words "I agree" or some similar syntax. You should understand that this has the same legal effect as You placing Your physical signature on any other legal contract. If You have not yet done so, You must immediately click here to electronically sign this Agreement.

   ii. If You fail to sign this Agreement, You understand that You are an unauthorized user of the Site, despite any payments made or subscriptions sold to You. No act or omission by the Publisher should be interpreted as a waiver of the requirement that You assent to this User Agreement. If You fail to do so, You are still bound by the terms of this Agreement by virtue of Your viewing the Site or using any portion of the Site or

Alabama
Colorado
Connecticut
Couples
D.C.
Delaware
England
Florida
Georgia
Girls
Guys
Hawaii
Honduras
Illinois
Indiana
Kansas
Kentucky
Louisiana
Maine
Maryland
Massachusetts
Mexico
Michigan
Mississippi
Missouri
Nevada
New Hampshire
New Jersey
New York
North Carolina
North Dakota
Ohio
Oklahoma
Oregon
Pennsylvania
Peru
Poland
South Carolina
South Dakota
Spain
Tennessee
Texas
United Kingdom
Utah
Vermont

Case: 2:13-cv-00486-GLF-MRA Doc #: 18-1 Filed: 08/28/13 Page: 3 of 29  PAGEID #: 188

Publisher's services. However, if You fail to electronically sign this Agreement, You stipulate to and agree to pay the Publisher $250 each time You access the Site as liquidated damages for unauthorized access and use, and You agree to pay all of our costs and expenses, including Attorney's fees and costs, incurred in collecting this unauthorized access fee from You.

Video

Virginia

Washington

West Virginia

Wisconsin

Wyoming

You Got Posted

e. If You are seeking information regarding any illegal activities, please leave this Site immediately. You acknowledge that you are aware of the community standards in your community, and You will only access the content on the Site if you believe that the content on the Site does not offend the community standards prevalent in Your community.

f. You agree not to use or access the Site if doing so would violate the laws of Your state, province, or country.

g. Revisions to this User Agreement:

   i. From time to time, We may revise this Agreement. We reserve the right to do so, and You agree that We have this unilateral right. You agree that all modifications or changes to this Agreement are in force and enforceable immediately upon posting. Any updated or edited version supersedes any prior versions immediately upon posting, and the prior version is of no continuing legal effect unless the revised version specifically refers to the prior version and keeps the prior version or portions thereof in effect.

   ii. We agree that if we change anything in this Agreement, we will change the "last modified date" at the top of this Agreement so that it is immediately obvious that we have updated the Agreement. You agree to periodically re-visit this web page, and to use the "refresh" button on Your browser when doing so. You agree to note the date of the last revision to this Agreement. If the "last modified" date remains unchanged from the last time You reviewed this Agreement, then You may presume that nothing in the Agreement has been changed since the last time You read it. If the "last modified" date has changed, then You can be certain that something in the Agreement has been changed, and that you need to re-review it in order to determine how Your rights and responsibilities may have been affected by the revisions.

   iii. Waiver -- if You fail to periodically review this Agreement to determine if any of the terms have changed, You assume all responsibility for your failure to do so and You agree that such failure amounts to Your affirmative waiver of Your right to review the amended terms. We are not responsible for Your neglect of Your legal rights.

h. Incorporations by reference.Although this User Agreement
represents the primary terms and conditions of service for the You
Got Posted network of Sites, additional guidelines and rules are
hereby incorporated by reference. The documents which are
specifically incorporated by reference, and are therefore part and
parcel of this Agreement are the following:

- Our Privacy Policy

i. Online Conduct.

In order to continue to enjoy the privileges of being a user of the
Site, you must follow the guidelines set forth in this Agreement. As
a registered user, you agree that, among other things, you will not:
1) attempt to obtain the personal contact information of an other
user without their consent; 2) use vulgar, harassing, obscene,
privacy invading, or defamatory language; 3) do anything to disrupt
the operation of the Site, services or network; 4) attempt to gain
unauthorized access of the network to transmit "junk mail" or
other mass mailings; 5) advertise or market any services or
products; 6) post, upload or transmit false, misleading or illegal
information or content to the Site, or take any action that violates
the rights of third parties; 7) make false statements or attempt to
use financial or other information that you are not authorized to
use.Your postings shall be accurate and may be posted and/or
edited, in our sole discretion, and should not contain vulgar or
defamatory language. Additionally, as a condition of your use of
the Site, you represent and warrant to Us that you will not use the
Site for any purpose that is unlawful or prohibited by the
applicable terms, conditions notices of this Agreement. You may
not use the Site in any manner that could damage, disable,
overburden or impair the Site or interfere with any other party's
use and enjoyment of the Site. You may not attempt to obtain any
materials or information through any means not intentionally
made available or provided for through the Site. Any violation of
these online conduct guidelines or terms and conditions will
subject your account to immediate termination without notice. You
agree to indemnify, defend and hold harmless, the Publisher and
its parents and subsidiaries, and each of their respective officers,
partners, members, managers, employees, agents and
attorneys, against any and all liabilities, claims, actions, suits,
proceedings, judgments, fines, damages, costs, losses and
expenses (including settlement costs and/or reasonable
attorneys' fees) arising from or relating to your use of the Site
and/or Services, and any material that you submit to or transmit
through the Site, your violation of this Agreement, your
infringement or violation of the rights of another, or termination of
your access to the Site and/or Services.

Case 2:13-cv-00486-GLF-MRA Doc #: 18-1 Filed: 08/28/13 Page: 5 of 29 PAGEID #: 190

2. ACCESS, FEES AND USER STATUS.

a. Access and limited license – All Users may access certain public areas of the Site. You understand that all We are selling You is access to Our services as We provide them from time to time. You need to provide Your own access to the internet, and any fees that You incur to access our Site are Your sole responsibility. We are not providing any hardware nor software to You – and You need to purchase or license the necessary hardware and software to access the Site. This User Agreement covers all public and non-public areas of the Site.

i. Subject to all of the User Agreement and recognizing that and Our Services, the Publisher grants You a limited, nonexclusive, nontransferable personal license to access and use the Site and the Materials contained therein. Publisher provides the Materials on this Site for the personal, non-commercial use by viewers, fans, visitors, subscribers and/or potential subscribers of said Site. Users of this Site are granted a single copy license to view Materials (on a single computer only).

ii. All Materials on the Site shall be for private non-commercial use only, and all other uses are strictly prohibited. Publisher reserves the right to limit the amount of materials viewed. You agree to prevent any unauthorized copying of the Site, or any of the Materials contained therein. Any unauthorized use of the Site or any of the Materials contained therein terminates this limited license effective immediately. This is a license to use and access the Site for its intended purpose and is not a transfer of title. You will not copy or redistribute any of the content appearing on this Site. Publisher reserves the right to terminate this license at any time if You breach or violate any provision of this Agreement, in which case You will be obligated to immediately destroy any information or materials You have downloaded, printed or otherwise copied from this Site. Violators of this limited license may be prosecuted to the fullest extent under the applicable law.

b. SPECIAL CONSIDERATIONS REGARDING MINORS:

i. Age of Majority. In order to use the Site or any services provided by the Publisher, you must have attained the age of majority in your jurisdiction. You represent and warrant you are at least 18 or 21 years of age, depending on the age of majority in your jurisdiction, and that You have the legal capacity to enter into this Agreement. If You are not at least 18 or 21 years of age, depending on the age of majority in Your jurisdiction, you must exit the Site immediately and may not use or access the Site or print or download any Materials from

the Site whatsoever.

    i. You were asked to verify your birth date on the Birth Date Verifier form as a condition of entry onto the Site, pursuant to 28 U.S.C. §1746. Accordingly, if You provided incorrect information on the Birth Date Verifier page, You committed an act of perjury, this perjury was recorded, and this perjury may be used against You in any court proceeding or other tribunal of any kind.

    ii. We specifically disclaim any responsibility or liability for any misrepresentations regarding a User's age. Users must utilize their own efforts to confirm age before relying on any User's age representation to the Site.

    iii. You represent and warrant that You will not allow any minor access to this Site. Users should implement parental control protections, such as computer hardware, software, or filtering services, which may help users to limit minors' access to harmful material. You acknowledge that if Your computer can be accessed by a minor, that You will take all precautions to keep our Materials from being viewed by minors. You additionally acknowledge that if You are a parent, it is Your responsibility, and not Ours, to keep Our erotic content from being displayed to your children or wards.

ii. WE HAVE A ZERO TOLERANCE POLICY FOR CHILD PORNOGRAPHY AND A ZERO TOLERANCE POLICY REGARDING PEDOPHILES OR ANY PEDOPHILIC ACTIVITY.

    i. You understand that all depictions of all persons on this Site and in all Materials produced or published by the Publisher are of persons over the age of 18 as of the date of the production of the depiction. We take great measures to ensure that no underage models appear in any of our Materials.

    ii. If You seek any form of child pornography (including so-called "virtual" child pornography), you must exit this Site immediately. We do not provide this kind of material and We do not tolerate those who provide this kind of material nor do we tolerate consumers of this kind of material.

    iii. In order to further Our zero-tolerance policy, all Users agree that You will report any images, real or simulated, that appear to depict minors on our Site. If You see any images or other depictions that are questionable, You agree to report these images by emailing us at yougotposted@gmail.com

    iv. Include with your report any appropriate evidence, including the date and time of when the photo was taken and

Case: 2:13-cv-00486-GLF-MRA Doc #: 18-1 Filed: 08/28/13 Page: 7 of 29 PAGEID #: 192

identification. All reports will immediately be investigated
and the appropriate action will be taken.

v. We enthusiastically cooperate with any law-enforcement
agency investigating child pornography. If you suspect
other outside Sites are participating in unlawful activities
involving minors, please report them to
http://www.asacp.org.

c. IMAGES AND CONTENT:

i. Our Site(s) contain images and content, including but not
limited to text, software, images, graphics, data, messages, or
any other information, and any other World Wide Website
owned, operated, licensed, or controlled by the Publisher
(collectively, "Materials").

ii. You acknowledge and stipulate that all of the Materials are
expressive content that is fully protected by the First
Amendment to the United States Constitution.

iii. You acknowledge and understand that some or all of the
Materials may erotic in nature – and that they may contain
graphic visual depictions of sexual activity and nudity, graphic
audio portions of the same kind of content, and descriptions of
sexually oriented and sexually explicit activities. You
acknowledge that You are aware of the nature of the Materials
provided by the Publisher and that you are not offended by
such Materials, and that you access the Site freely, voluntarily,
and willingly, and for your own personal enjoyment.

iv. You understand that all of the information, data, text, images,
audio, graphics, video, messages, or any other content on the
site, whether posted publicly or transmitted privately through
our messaging services, are the sole responsibility of the
party from whom the content originated. This means that you
are entirely responsible for any and all content that you upload,
post, transmit, e-mail, message, or otherwise published via
our services. We do not control the content posted on the user
profiles, through the user messaging services, and as such
we do not guarantee any accuracy, integrity, quality, or any
other aspect of such posted content. You agree that by using
any one of the network of websites covered by this Agreement,
you very well may be exposed to content that you might find
offensive, indecent, problematic, or otherwise objectionable.
Under no circumstances will we accept liability in any way for
any content posted by, uploaded by or transmitted by our users
in any way at all.

v. You acknowledge that Your profile may be utilized and
displayed on other network sites operated by the Company.
You hereby consent to make your profile available on other

Case: 2:13-cv-00486-GLF-MRA Doc #: 18-1 Filed: 08/28/13 Page: 8 of 29 PAGEID #: 193

              network sites: Users may opt out of this feature by accessing
their account settings.

    d. Restrictions On Use Of Our Sites:

       i. You agree that You will only use the Site for purposes
expressly permitted and contemplated by this User
Agreement. You may not use the Site for any other purposes
without Our express prior written consent.

      ii. Without Our express prior written authorization, You may not:

          i. Duplicate any part of our Sites or the Materials contained
therein (except as expressly provided elsewhere in this
Agreement);

         ii. Create any derivative works based on our Sites or any of
the Materials contained therein, and You agree and
stipulate that any and all derivative works are NOT "fair
use";

        iii. Use our Site or any of the Materials contained therein for
any public display, public performance, sale or rental, and
You hereby agree and stipulate that any and all such uses
are NOT "fair use";

        iv. Re-distribute our Sites or any of the Materials contained
therein, and You hereby agree and stipulate that any and all
such uses are NOT "fair use";

         v. Remove any copyright or other proprietary notices from our
Sites or any of the Materials contained therein;

        vi. Frame or utilize any framing techniques in connection with
our Sites or any of the Materials contained therein;

       vii. Use any meta-tags or any other "hidden text" using our
Sites' name or marks, and You hereby stipulate that any
use of the Site's name or marks, or any other marks owned
by the Publisher is an infringement upon the Publisher's
trademark rights, and You stipulate to liquidated damages
of $5000 per such infringement, plus You agree to pay any
and all fees incurred in the recovery of this amount,
including attorney's fees and all associated costs.

      viii. "Deep-link" to any page of our Sites (including the
homepage), or avoid agreement to the Site's Terms &
Conditions; you may only link to the main entry page;

        ix. Circumvent any encryption or other security tools used
anywhere on the Site (including the theft of user names
and passwords or using another person's user name and
password in order to gain access to a restricted area of the
Site);

         x. Use any data mining, bots, or similar data gathering and
extraction tools on the Site;

        xi. Decompile, reverse engineer, modify or disassemble any

Case: 2:13-cv-00486-GLF-MRA Doc #: 18-1 Filed: 08/28/13 Page: 9 of 29  PAGEID #: 194

of the software aspect of the Materials except and only to the extent permitted by applicable law;

xii. Sell, rent, lease, license, sublicense, transfer, distribute, re-transmit, time-share, use as a service bureau or otherwise assign to any third party the Materials or any of Your rights to access and use the Materials as granted specifically by this Agreement; or

xiii. Bookmark any page of the Site beyond the registration log-in screen.

iii. UNACCEPTABLE CONDUCT FOR MEMBERS: All Members agree to be bound by the following general policies in connection with the Member's use of the site and services:

   i. No defamatory, obscene, child pornographic, harassing, illegal, or otherwise objectionable content may appear on any profile or chat board and such content is prohibited from our internal messaging services as well;

   ii. Member shall have no content on the Member's profile that promotes or facilitates illegal activity, or violates the rights of others such as copyright, trademark, other intellectual property infringement, right to privacy, right to publicity, or other similar rights;

   iii. Member shall not incorporate prohibited content in the Member's profile. Prohibited content includes, but is not limited to: child pornography, incest, warez content, scatological content, death images, defecation, feces, urination, genital mutilation, underage teen modeling, actual or simulated rape, sexual violence, menstruation, obscenity, bestiality, threats of physical harm to persons or property, programs containing viruses, pirated software, wire fraud, drug trafficking, and/or violations of international export control laws. We, reserve the right to review and/or reject any content created and/or posted by the User and we may delete any profiles without warning.

iv. You agree to cooperate with the Publisher in causing any unauthorized use to cease immediately. At any time, if the Publisher provides a service enabling users to share information or communicate with other users, You agree not to publish, disseminate, or submit any defamatory, or illegal material while using the Site or other services included on the Site. You are solely responsible for submitting any material that violates any United States or International laws even if a claim arises after your service is terminated, and by doing so, Your actions shall constitute a material breach of this Agreement and the Site shall terminate all of Your rights under this Agreement.

v. Interference: Except where expressly permitted by law, You
may not translate, reverse-engineer, decompile, disassemble,
or make derivative works from any of the Publisher's Materials
or any other Materials from Our Site. User hereby agrees not to
use any automatic device or manual process to oc or
reproduce the Site or Materials, and will not use any device,
software, computer code, or virus to interfere or attempt to
disrupt or damage the Site or any communications on it. If You
do not adhere to this provision of this Agreement, You hereby
stipulate to and agree to pay liquidated damages of $5000
plus any and all fees associated with recovery of these
damages, including attorney's fees and costs.

e. STIPULATED LIQUIDATED DAMAGES:

    i. In various provisions in this Agreement, we have outlined
liquidated damages amounts to be applied as penalties
against You if You violate these specific provisions. You
specifically agree to pay these amounts. In agreeing to pay
liquidated damages, you acknowledge that this amount is not
a penalty, that the actual damages are uncertain and difficult to
ascertain, but that this amount represents the parties' good
faith attempt to calculate an appropriate compensation based
on anticipated actual damages.

    ii. For any breach of a portion of this Agreement that does not
specifically state a liquidated damages amount, You hereby
agree that any breach of this Agreement shall result in
liquidated damages of $100 per occurrence. You specifically
agree to pay this $100 in liquidated damages.

    iii. If We are required to enlist the assistance of an Attorney or
other person to collect any liquidated damages or any other
amount of money from You, or if We are required to seek the
assistance of an Attorney to pursue injunctive relief against
You, then You additionally agree that You will reimburse Us for
all fees incurred in order to collect these liquidated damages
or in order to seek injunctive relief from You. You understand
that even a nominal amount of damages may require the
expenditure of extensive legal fees, travel expenses, costs,
and other amounts that may dwarf the liquidated damages
themselves. You agree that You will pay all of these fees and
costs.

f. DISCLAIMER OF WARRANTY:

    i. You expressly agree that use of the Site or any of the Materials
contained therein is at Your own and sole risk. You also
understand and agree that any material and/or data
downloaded or otherwise obtained through the use of the Site
or any of the materials contained therein is done at Your own

discretion and we and that You will be solely responsible for any damage to your computer system or loss of data that results from the download of such material and/or data.

ii. The Site and all materials contained therein are provided "as is" without warranty of any kind, either express or implied, including but not limited to, any implied warranties of merchantability, fitness for a particular purpose, title, or non-infringement.

iii. Publisher makes no representations or warranties that the Site or any materials contained therein will be uninterrupted, timely, secure, or error free; nor does Publisher make any representations or warranties as to the quality, suitability, truth, usefulness, accuracy, or completeness of the Site or any of the materials contained therein.

iv. You understand that Publisher cannot and does not guarantee or warrant that files available for downloading from the internet will be free of viruses, worms, Trojan horses, or other code that may manifest contaminating or destructive properties. Publisher does not assume any responsibility or risk for Your use of the internet.

v. Publisher makes no warranty regarding any goods or services purchased or obtained through the Site or any transaction entered into through the Site and is not responsible for any use of confidential or private information by sellers or third parties.

vi. Publisher may change any of the information found on this Site at any time without notice including this User Agreement without notice. Site owner makes no commitment to update the information found at this Site. Site makes no commitment to update the materials.

vii. The warranties and representations set forth in this Agreement are the only warranties and representations with respect to this Agreement, and are in lieu of any and all other warranties, written or oral, express or implied, that may arise either by agreement between the parties or by operation of law, including warranties of merchantability and fitness for a particular purpose. None of these warranties and representations will extend to any third person.

g. DISCLAIMER AND INDEMNIFICATION:

i. The provision of any services which is in violation of any laws is strictly prohibited. If We determine that You or any user has provided or intends to purchase or provide any services in violation of any law, your ability to use the Site will be terminated immediately. We do hereby disclaim any liability for damages that may arise from any user providing any services

Case: 2:13-cv-00486-GLF-MRA Doc #: 18-1 Filed: 08/28/13 Page: 12 of 29 PAGEID #: 197

for any purpose that violates any law. You do hereby agree to
defend, indemnify and hold Us harmless from any liability that
may arise for us should You violate any law.

ii. You also agree to defend and indemnify Us should any third
party be harmed by Your illegal actions or should We be
obligated to defend any claims including, without limitation,
any criminal action brought by any party.

iii. Our Site contains material that may be offensive to third
parties. You agree to indemnify and hold Us harmless from
any liability that may arise from someone viewing such
material and You agree to cease review of the Site should you
find it offensive.

iv. You agree to defend, indemnify, and hold harmless the
Publisher, its officers, directors, shareholders, employees,
independent contractors, telecommunication providers, and
agents, from and against any and all claims, actions, loss,
liabilities, expenses, costs, or demands, including without
limitation legal and accounting fees, for all damages directly,
indirectly, and/or consequentially resulting or allegedly
resulting from Your, or You under another person's authority
including without limitation to governmental agencies, use,
misuse, or inability to use the Site or any of the Materials
contained therein, or Your breach of any of this User
Agreement. Publisher shall promptly notify You by electronic
mail of any such claim or suit, and cooperate fully (at Your
expense) in the defense of such claim or suit. We reserve the
right to participate in the defense of such claim or defense at
its own expense, and choose its own legal counsel, but are
not obligated to do so.

v. This Service is for Amusement Purposes, only.

i. You understand and accept that our site, is an
entertainment service. All profiles are provided for the
amusement and entertainment of our members and
our users.

ii. You understand, acknowledge, and agree that some of
the user profiles posted on this site may be fictitious.

i. You understand and accept that when you attempt to
contact other users, these users may find amusement
in your profile or communications. You understand and
accept that no communications between you and other
users is private, even if the Member profile to which you
respond is created by Us. You hereby release Us and
all other members of the Site from any liability for
invasion of privacy, defamation, false light, and related
torts, in the event that your communications or profile

Case: 2:13-cv-00486-GLF-MRA Doc #: 18-1 Filed: 08/28/13 Page: 13 of 29 PAGEID #: 198

are made public. Even if they are made public for the
sole purpose of amusing others at your expense.

ii. License To Use Your Information: With the exception of
personal financial and billing information, You hereby
grant to ugotposted.com and Company the perpetual,
unlimited, royalty-free, world wide, non-exclusive,
irrevocable, transferable license to run, display, copy,
reproduce, publish, bundle, distribute, market, create
derivative works of, adapt, translate, transmit, arrange,
modify, sub-license, export, merge, transfer, loan, rent,
lease, assign, share, outsource, host, make available
to any person or otherwise use, any information or other
content You provide on or through this Site, or which is
sent to us by e-mail, file transfer, or other
correspondence, for any purpose whatsoever. We shall
not be subject to any obligations of confidentiality
regarding any such information unless specifically
agreed by us in writing or required by law. You
acknowledge that We have the right to include Your
profile on our partner or affiliated websites,
automatically, without any effort on your behalf. This will
result in your profile receiving exposure on many more
adult dating websites. If you prefer to limit the availability
of your profile exclusively to the Site you originally joined,
may do so by adjusting your profile settings. We shall
not be obliged to delete any such information from the
Site. Should you choose the option listed on the Site as
"Remove my profile" ("Remove"), your profile will be
removed from public view, but will not be deleted from
the Site. Once You have selected the "Remove" option,
parts of your profile may remain viewable by those
members who have contacted You or been contacted by
You via the Service's internal email or instant
messaging systems. You represent and warrant that
You have the right to grant the license set out above.
You further agree that We may use your contact
information for the purposes of sending or transmitting
to you, information or promotional material relating to
the Site, its partner/affiliate sites, or third party sites.

i. By uploading any photographs of yourself, you
hereby swear that you own or control all intellectual
property rights with respect to the uploaded
photographs; and,

ii. You hereby irrevocably grant a non-exclusive right
and license to us to:

     i. Reproduce, transmit, communicate, display, or distribute your submitted photographs, on or as part of our sites, on other Internet sites, or elsewhere, for promotional or commercial purposes, by means of any technology, whether now known or hereafter to become known;

     ii. Reproduce your pics in digital form of display on the Internet (alone or in combination with other works, including, but not limited to, text, data, images, photographs, illustrations, animation, graphics, video, or audio segments, and hypertext links);

     iii. Adapt, modify, or alter your photographs or otherwise create derivative works based upon your photographs; and for all other reasonable promotional or commercial uses either as part of the operation of our sites, or as a promotion or operation of any derivative or related businesses.

i. The Site does not pre-approve any of its members or users, prior to their use of the Site. It is your responsibility to properly investigate the background, personality, criminal history, financial condition, or any other relevant factor affecting your potential compatibility with any other member or user, prior to communicating with, or meeting such person. Most importantly, USE COMMON SENSE! Do not provide any personal information to individuals who can misuse that information to your detriment. While the Site provides a venue for the exchange of information, ideas and emotion, it does not act as a guarantor of the accuracy of such information, and all users/members are encouraged to approach the veracity of any communications occurring on the Site with a healthy skepticism.

ii. In light of the above, you hereby discharge, acquit, and otherwise release the Site, its parent company, its agents, employees, officers, directors, shareholders, attorneys, and affiliates, from any and all allegations, counts, charges, debts, causes of action, and claims relating in any way to the use of, or activities relating to the use of, the Site including, but not limited to claims relating to the following:

     i. Sexual Harassment, Negligence, Gross Negligence, Reckless Conduct, Alienation of Affections (to the extent recognized in any jurisdiction), Intentional Infliction of Emotional Distress, Intentional Interference with

Contract or Advantageous Business Relationship,
Defamation, Statutory Rape, Misrepresentation or any
claim based on Vicarious Liability for Torts committed
by individuals met on or through the Site, including but
not limited to fraud, assault, battery, stalking, rape, theft,
cheating, perjury, manslaughter, suicide, or murder.

ii. The above list is intended to be illustrative only, and not
exhaustive of the types or categories of claims released
by you. This release is intended by the parties to be
interpreted broadly in favor of the Site, and thus any
ambiguity shall be interpreted in a manner providing
release of the broadest claims. This release is
intended to be a full release of claims, and the parties
acknowledge the legally binding nature of this provision,
and the nature of the rights given up in connection
therewith.

vi. LIMITATION OF LIABILITY:

i. In no event shall Publisher (or its licensors, agents,
suppliers, resellers, service providers, or any other
subscribers or suppliers) be liable to You, or any other third
party for any direct, special, indirect, incidental,
consequential, exemplary, or punitive damages, including
without limitation, damages for loss of profits, loss of
information, business interruption, revenue, or goodwill,
which may arise from any person's use, misuse, or
inability to use the Site or any of the materials contained
therein, even if Publisher has been advised of the
probability of such damages. This is for any matter arising
out of or relating to this Agreement, whether such liability is
asserted on the basis of contract, tort or otherwise, even if
Publisher has been advised of the possibility of such
damages.

ii. In no event shall Publisher's maximum total aggregate
liability hereunder for direct damages exceed the total fees
actually paid by You for use of a Site or Site for a period of
no more than one (1) month from the accrual of the
applicable cause or causes of action. Because some
jurisdictions prohibit the exclusion or limitation of liability for
consequential or incidental damages, the above limitation
may not apply to You.

vii. LINKS AND LINKING:

i. Some websites which are linked to the Site are owned and
operated by third parties. Because the Publisher has no
control over such websites and resources, You
acknowledge and agree that Publisher is not responsible

Case: 2:13-cv-00486-GLF-MRA Doc #: 18-1 Filed: 08/28/13 Page: 16 of 29  PAGEID #: 201

resources, and does not screen or endorse them, and is not responsible or liable for any content, advertising, services, products, or other materials on or available from such websites or resources.

ii. You further acknowledge and agree that Publisher shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such third-party content, goods or services available on or through any such website or resource. If You decide to access any such third party website, you do so entirely at Your own risk and subject to any terms and conditions and privacy policies posted therein.

iii. Users further acknowledge that use of any website controlled, owned or operated by third parties is governed by the terms and conditions of use for those websites, and not by this Site's User Agreement, Spam Policy, Webmaster Agreement, or Privacy Policy, which are incorporated into this Agreement by reference.

iv. Links to external websites (including external websites that are framed by the Site) or inclusions of advertisements do not constitute an endorsement by the Publisher of such websites or the content, products, advertising, or other materials presented on such Site, but are for user's convenience.

v. All users do hereby agree to hold the Publisher harmless from any and all damages and liability that may result from the use of links that may appear on the Site. The Publisher reserves the right to terminate any link or linking program at anytime.

viii. TRADEMARK INFORMATION:

i. Publisher and the aforementioned name of the Site is a service mark and/or trademark of the Site. The name of the Site and the name of the Publisher are considered trademarks owned by the Publisher. We aggressively defend our intellectual property rights.

ii. Other manufacturers' product and service names referenced herein may be trademarks and service marks of their respective companies and are the exclusive property of such respective owners, and may not be used publicly without the express written consent of the owners and/or holders of such trademarks and service marks.

iii. All of the marks, logos, domains, and trademarks that You find on the Site may not be used publicly except with

Case: 2:13-cv-00486-GLF-MRA Doc #: 18-1 Filed: 08/28/13 Page: 17 of 29 PAGEID #: 202

express written permission from Publisher, and may not be
used in any manner that is likely to cause confusion
among consumers, or in any manner that disparages or
discredits Publisher.

ix. COPYRIGHT INFORMATION:

   i. The Materials accessible from the Site, and any other
      World Wide Website owned, operated, licensed, or
      controlled by Publisher, is the Publisher's proprietary
      information and valuable intellectual property and We retain
      all right, title, and interest in the Materials. The Site and its
      software are registered with the U.S. Copyright Office.

   ii. The Materials may not be copied, distributed, republished,
       modified, uploaded, posted, or transmitted in any way
       without the prior written consent of Publisher, except that
       you may print out a copy of the Materials solely for Your
       personal use. In doing so, you may not remove or alter, or
       cause to be removed or altered, any copyright, trademark,
       trade name, service mark, or any other proprietary notice or
       legend appearing on any of the Materials.

   iii. Modification or use of the Content except as expressly
        provided in this User Agreement violates the Publisher's
        intellectual property rights.

   iv. Neither title nor intellectual property rights are transferred to
       You by access to the Site.

   v. All Materials included on the Site, such as text, graphics,
      photographs, video and audio clips, music, soundtracks,
      button icons, streaming data, animation, images,
      downloadable materials, data compilations and software
      is the property of the Publisher or its content suppliers and
      is protected by United States and international copyright
      laws. The compilation of all Materials on the Site is the
      exclusive property of the Publisher or its content suppliers
      and protected by United States and international copyright
      laws, as well as other laws and regulations. © You Got
      Posted, all rights reserved.

x. NOTICE OF CLAIMED INFRINGEMENT:

   The Publisher respects the intellectual property of others,
   and we ask our users to do the same. We voluntarily
   observe and comply with the United States' Digital
   Millennium Copyright Act. If You believe that Your work has
   been copied in a way that constitutes copyright
   infringement, or your intellectual property rights have been
   otherwise violated, please provide Publisher's Designated
   Copyright Agent the following information:

- An electronic or physical signature of the person authorized to act

Case: 2:13-cv-00486-GLF-MRA Doc #: 18-1 Filed: 08/28/13 Page: 18 of 29  PAGEID #: 203

on behalf of the owner of the copyright or other intellectual
property interest;

- Description of the copyrighted work or other intellectual property
  that you claim has been infringed;

- A description of where the material that you claim is infringing is
  located on a Site;

- Your address, telephone number, and email address;

- A statement by You that you have a good faith belief that the
  disputed use is not authorized by the copyright owner, its agent, or
  the law; and

- A statement by You, made under penalty of perjury, that the above
  information in your Notice is accurate and that You are the
  copyright or intellectual property owner or authorized to act on the
  copyright or intellectual property owner's behalf.

- You may send your Notice of Claimed Infringement
  to:YouGotPosted.com
  1765 Garnet Ave #27
  San Diego, CA 92109

- NOTICE AND TAKEDOWN PROCEDURES:The Publisher
  implements the following "notice and takedown" procedure upon
  receipt of any notification of claimed copyright infringement:

  a. The Publisher reserves the right at any time to disable access
     to, or remove any material or activity accessible on or from the
     Site or any Materials claimed to be infringing or based on facts
     or circumstances from which infringing activity is apparent.

  b. It is the firm policy of the Publisher to terminate the account of
     repeat copyright infringers, when appropriate, and the
     Publisher will act expeditiously to remove access to all
     material that infringes on another's copyright, according to the
     procedure set forth in 17 U.S.C. §512 of the Digital Millennium
     Copyright Act ("DMCA"). The Publisher's DMCA Notice
     Procedures are set forth in the preceding paragraph. If the
     notice does not comply with Paragraph XIII and §512 of the
     DMCA, but does comply with three requirements for identifying
     Site that is infringing according to §512 of the DMCA, the
     Publisher shall attempt to contact or take other reasonable
     steps to contact the complaining party to help that party comply
     with the notice requirements.

  c. When the Designated Agent receives a valid notice, the
     Publisher will expeditiously remove and/or disable access to
     the infringing material and shall notify the affected user. Then,
     the affected user may submit a counter-notification to the
     Designated Agent containing a statement made under penalty
     of perjury that the user has a good faith belief that the material
     was removed because of misidentification of the material.

Case: 2:13-cv-00486-GLF-MRA Doc #: 18-1 Filed: 08/28/13 Page: 19 of 29  PAGEID #: 204

After the Designated Agent receives the counter-notification, it
will replace the material at issue within 10-14 days after
receipt of the counter-notification unless the Designated Agent
receives notice that a court action has been filed by the
complaining party seeking an injunction against the infringing
activity.

d. NOTICE OF CLAIMED INFRINGEMENT:

> The Publisher respects the intellectual property of others,
> and we ask our users to do the same. We voluntarily
> observe and comply with the United States' Digital
> Millennium Copyright Act. If You believe that Your work has
> been copied in a way that constitutes copyright
> infringement, or your intellectual property rights have been
> otherwise violated, please provide Publisher's Designated
> Copyright Agent the following information:

   i. An electronic or physical signature of the person authorized
      to act on behalf of the owner of the copyright or other
      intellectual property interest;
   ii. Description of the copyrighted work or other intellectual
      property that you claim has been infringed;
   iii. A description of where the material that you claim is
      infringing is located on a Site;
   iv. Your address, telephone number, and email address;
   v. A statement by You that you have a good faith belief that the
      disputed use is not authorized by the copyright owner, its
      agent, or the law; and
   vi. A statement by You, made under penalty of perjury, that the
      above information in your Notice is accurate and that You
      are the copyright or intellectual property owner or
      authorized to act on the copyright or intellectual property
      owner's behalf.
   vii. You may send your Notice of Claimed Infringement to:YOU
      GOT POSTED
      1765 Garnet Ave Suite 27
      San Diego, CA 92109
      yougotposted@gmail.com**Please do not send other
      inquires or information to our Designated Agent.**

e. EXPORT CONTROL:

   i. You understand and acknowledge that the software
      elements of the Materials on the Site may be subject to
      regulation by agencies of the United States Government,
      including the United States Department of Commerce,
      which prohibits export or diversion of software to certain
      countries and third parties. Diversion of such Materials
      contrary to United States' or international law is prohibited.

other violation of applicable laws and regulations.

iii.  You warrant that you will not license or otherwise permit anyone not approved to receive controlled commodities under applicable laws and regulations and that you will abide by such laws and regulations.

iv.  You agree that none of the Materials are being or will be acquired for, shipped, transferred, or re-exported, directly or indirectly, to proscribed or embargoed countries or their nationals or be used for proscribed activities.

f.  NO AGENCY RELATIONSHIP:Nothing in this Agreement shall be deemed to constitute, create, imply, give effect to, or otherwise recognize a partnership, employment, joint venture, or formal business entity of any kind; and the rights and obligations of the parties shall be limited to those expressly set forth herein.

g.  NOTICE:

i.  Notice. Any notice required to be given under this Agreement may be provided by email to a functioning email address of the party to be noticed, by a general posting on the Site, or personal delivery by commercial carrier such as Federal Express or Airborne. Notices by customers to Publisher shall be given by electronic messages unless otherwise specified in the Agreement.

ii.  Change of Address. Either party may change the address to which notice is to be sent by written notice to the other party pursuant to this provision of the Agreement.

iii.  When Notice is Effective. Notices shall be deemed effective upon delivery. Notices delivered by overnight carrier (e.g., United States Express Mail or Federal Express) shall be deemed delivered on the business day following mailing. Notices mailed by United States Mail, postage prepaid, registered or certified with return receipt requested, shall be deemed delivered five (5) days after mailing. Notices delivered by any other method shall be deemed given upon receipt. Notices by email and facsimile transmission, with confirmation from the transmitting machine that the transmission was completed, are acceptable under this Agreement provided that they are delivered one (1) hour after transmission if sent during the recipient's business hours, or 9:00 a.m. (recipient's time) the next business day. Either Party may, by giving the other Party appropriate written notice, change the designated address, fax number and/or recipient for any notice or courtesy copy, hereunder.

iv.  Refused, Unclaimed, or Undeliverable Notice. Any correctly

Case: 2:13-cv-00486-GLF-MRA Doc #: 18-1 Filed: 08/28/13 Page: 21 of 29 PAGEID #: 206

addressed notice that is refused, unclaimed, or undeliverable, because of an act or omission of the Party to be notified shall be deemed effective as of the first date that said notice was refused or deemed undeliverable by the postal authorities, messenger, facsimile machine, email server, or overnight delivery service.

h. COMMUNICATIONS NOT PRIVATE:Publisher does not provide any facility for sending or receiving private or confidential electronic communications. All messages transmitted to Publisher shall be deemed to be readily accessible to the general public. Visitors should not use this Site to transmit any communication for which the sender intends only the sender and the intended recipient(s) to read. Notice is hereby given that all messages entered into this Site can and may be read by the agents and operators of this service, regardless of whether they are the intended recipients of such messages.

i. FORCE MAJEURE:Publisher shall not be responsible for any failure to perform due to unforeseen circumstances or to causes beyond our reasonable control, including but not limited to: acts of God, such as fire, flood, earthquakes, hurricanes, tropical storms or other natural disasters; war, riot, arson, embargoes, acts of civil or military authority, or terrorism; fiber cuts; strikes, or shortages in transportation, facilities, fuel, energy, labor or materials; failure of the telecommunications or information services infrastructure; hacking, SPAM, or any failure of a computer, server or software, including Y2K errors or omissions, for so long as such event continues to delay the Site's performance.

j. JURISDICTION/DISPUTES:

i. Governing Law. This User Agreement and all matters arising out of, or otherwise relating to, this User Agreement shall be governed by the laws of New York, excluding its conflict of law provisions. The sum of this paragraph is that any and all disputes, must be, without exception, brought to court and litigated in New York, New York.

i. All parties to this Agreement agree that all actions or proceedings arising in connection with this Agreement or any services or business interactions between the parties that may be subject to this Agreement shall be tried and/or litigated exclusively in the state and federal courts located in New York, New York.

ii. The parties agree to exclusive jurisdiction in, and only in, New York, New York.

iii. The parties agree to exclusive venue in, and only in, New York, New York.

Case: 2:13-cv-00486-GLF-MRA Doc #: 18-1 Filed: 08/28/13 Page: 22 of 29 PAGEID #: 207

iv. The parties additionally agree that this choice of venue and forum is mandatory and not permissive in nature, thereby precluding any possibility of litigation between the parties with respect to, or arising out of, this Agreement in a jurisdiction other than that specified in this paragraph.

v. All parties hereby waive any right to assert the doctrine of forum non-conveniens or similar doctrines, or to object to venue with respect to any proceeding brought in accordance with this paragraph or with respect to any dispute under this Agreement whatsoever.

vi. All parties stipulate that the state and federal courts located in New York, New York shall have personal jurisdiction over them for the purpose of litigating any dispute, controversy, or proceeding arising out of (or related to) this Agreement and/or the relationship between the parties contemplated thereby.

vii. Each party hereby authorizes and accepts service of process sufficient for personal jurisdiction in any action against it, as contemplated by this paragraph by registered or certified mail, Federal Express, proof of delivery or return receipt requested, to the parties address for the giving of notices as set forth in this Agreement.

viii. Any final judgment rendered against a party in any action or proceeding shall be conclusive as to the subject of such final judgment and may be enforced in other jurisdictions in any manner provided by law if such enforcement becomes necessary.

i. Right to Injunctive Relief. Both parties acknowledge that remedies at law may be inadequate to provide an aggrieved party with full compensation in the event of the other party's breach, and that an aggrieved party shall therefore be entitled to seek injunctive relief in the event of any such breach, in addition to seeking all other remedies available at law or in equity.

ii. No Waiver. No waiver or action made by the Publisher shall be deemed a waiver of any subsequent default of the same provision of this Agreement. If any term, clause or provision hereof is held invalid or unenforceable by a court of competent jurisdiction, such invalidity shall not affect the validity or operation of any other term, clause or provision and such invalid term, clause or provision shall be

deemed to be severed from this Agreement.

    iii. Headings. All headings are solely for the convenience of reference and shall not affect the meaning, construction or effect of this Agreement.

    iv. Complete Agreement. This Agreement constitutes the entire agreement between the parties with respect to Your access and use of the Site and the Materials contained therein, and Your Membership with the Site, and supersede and replace all prior understandings or agreements, written or oral, regarding such subject matter.

    v. Other Jurisdictions. Publisher makes no representation that the Site or any of the Materials contained therein are appropriate or available for use in other locations, and access to them from territories where their content may be illegal or is otherwise prohibited. Those who choose to access the Site from such locations do so of their own initiative and are solely responsible for compliance with all applicable local laws.

k. MISCELLANEOUS PROVISIONS:

    i. Attorney's Fees. In the event any Party shall commence any claims, actions, formal legal action, or arbitration to interpret and/or enforce any of the terms and conditions of this Agreement, or relating in any way to this Agreement, including without limitation asserted breaches of representations and warranties, the prevailing party in any such action or proceeding shall be entitled to recover, in addition to all other available relief, its reasonable attorney's fees and costs incurred in connection therewith, including attorney's fees incurred on appeal.

    ii. Assignment. The rights and liabilities of the parties hereto will bind and inure to the benefit of their respective assignees, successors, executors, and administrators, as the case may be.

    iii. Severability. If for any reason a court of competent jurisdiction or an arbitrator finds any provision of this User Agreement, or any portion thereof, to be unenforceable, that provision will be enforced to the maximum extent permissible and the remainder of this User Agreement will continue in full force and effect.

    iv. Complaints – California Residents: The Complaint Assistance Unit of the Division of Consumer Services of the Department of Consumer Affairs may be contacted in writing at 1020 N. Street, #501, Sacramento, CA 95814, or

v. No Waiver. No waiver or action made by the Publisher shall
be deemed a waiver of any subsequent default of the same
provision of this User Agreement. If any term, clause or
provision hereof is held invalid or unenforceable by a court
of competent jurisdiction, such invalidity shall not affect the
validity or operation of any other term, clause or provision
and such invalid term, clause or provision shall be deemed
to be severed from this User Agreement.

vi. Headings. All headings are solely for the convenience of
reference and shall not affect the meaning, construction or
effect of this User Agreement.

vii. Complete Agreement. This User Agreement constitutes the
entire agreement between the parties with respect to Your
access and use of the Site and the Materials contained
therein, and your Membership with the Site, and supersede
and replace all prior understandings or agreements,
written or oral, regarding such subject matter.

viii. Other Jurisdictions. Publisher makes no representation
that the Site or any of the Materials contained therein are
appropriate or available for use in other locations, and
access to them from territories where their content may be
illegal or is otherwise prohibited. Those who choose to
access the Site from such locations do on their own
initiative and are solely responsible for determining
compliance with all applicable local laws.

# Content posted on this website

As a YouGotPosted user you may join the community of content
contributors and submit Image & Video content (User Uploads) and
textual content (Comments/Replies). User Uploads and chat is
collectively referred to as User-Submitted Content. You understand
YouGotPosted does not guarantee any confidentiality with respect to
any User-Submitted Content, and that any User-Submitted content is
specifically intended to be viewed by any age-qualified person
viewing the YouGotPosted site.

You shall be solely responsible for your own User-Submitted Content
and the consequences of posting or publishing content. In
connection with User-Submitted Content, you affirm, represent,
and/or warrant that: you won or have the necessary licenses, rights,
consents and permissions to use and authorize YouGotPosted to
use all patent, trademark, trade secret, copyright, right to privacy, right
to publicity, or other proprietary commercial or personal rights in and

Case: 2:13-cv-00486-GLE-MBA Doc #: 18-1 Filed: 08/28/13 Page: 25 of 29 PAGEID #: 210

to any and all User-Submitted Content to enable inclusion and use of
the User-Submitted Content in the manner contemplated by the
YouGotPosted website and these Terms of Use.

You understand and agree that the Content displayed on
YouGotPosted is posted by third parties. YouGotPosted is not liable
or responsible for Content posted by third parties.

YouGotPosted claims immunity from liability to the fullest extent
under the law and as provided under the Communications Decency
Act for Content posted by third parties and nothing in this Agreement
is intended to waive, remove, or usurp such immunity.

You understand and agree that YouGotPosted may delete any
Content that in the sole judgment of YouGotPosted violates the
Terms of Use or which might be offensive, illegal, or that might
violate the rights, harm, or threaten the safety of YouGotPosted, its
employees, associates or users. YouGotPosted is not responsible
for any failure or delay in removing such Content.

This website may display images from, or otherwise link you, to other
websites on the Internet. These websites may contain information or
material that some people may find inappropriate or offensive. These
other websites are not under YouGotPosteds control, and you
acknowledge that YouGotPosted is not responsible for the accuracy,
copyright compliance, legality, decency, or any other aspect of the
content of such websites. The inclusion of such a link does not imply
endorsement of the website by YouGotPosted or any association
with its operators.

You are solely responsible for the Content that you post on this
website or otherwise transmit to other YouGotPosted users.

By posting Content on this website, you automatically grant, and
represent and warrant that you have the right to grant, to
YouGotPosted and visitors of YouGotPosted, an irrevocable,
perpetual, non-exclusive, fully-paid, worldwide license to use, copy,
perform, display and distribute such information, rights of publicity
and Content and to prepare derivative works of, or incorporate into
other works and other media, such information and Content, and to
grant and authorize sublicenses of the foregoing.

You acknowledge that YouGotPosted is acting as a passive conduit
of User-Submitted Content and that YouGotPosted is not undertaking
any obligation or liability relating to any content or activity on the
website. As such, YouGotPosted acts merely as a forum for the
expression of ideas, thoughts, and information. YouGotPosted is not

responsible for any inaccurate, wrong, offensive, inappropriate, or defamatory content that is contained herein.

YouGotPosted is not responsible for any User-Submitted Content that violates a communitys norms or mores. YouGotPosted expects and demands that you comply with all federal, state, provincial and local laws when using the website and when submitting or posting Content to the website. If you are unsure whether or not Content will violate a law, you are urged to contact an attorney prior to posting the Content. YouGotPosted cannot enforce every jurisdictions laws for all Content that is posted to this site. As such, YouGotPosted is not responsible for the User-Submitted Content of the website.

YouGotPosted and its administrators reserve the right (but not the obligation) in their sole discretion to refuse, delete, move or edit any and all Content that it deems is in violation of the law (including trademark and copyright law), or is abusive, defamatory, obscene or otherwise unacceptable, and you expressly agree that removal of any content by YouGotPosted is not to be construed as endorsement of any remaining content, and you expressly agree that you will never assert that YouGotPosted edits or amends any content for the purpose of establishing that YouGotPosted is a producer or author of ay User-Submitted Content viewed via the YouGotPosted services.

You must evaluate, and bear all risks associated with, the use of any Content, including any reliance on the accuracy, completeness, or usefulness, or lawfulness of such Content. In this regard you acknowledge that you may not rely on any Content created by YouGotPosted or User-Submitted Content transmitted to the website. You are responsible for all your Content that is uploaded, posted, emailed, transmitted or otherwise made available via the Service.

A partial list of content that is illegal or prohibited includes content that:

- Provides material that constitutes child pornography or which involves depictions of nudity or sexuality by an age-inappropriate-looking performer (i.e., someone who looks younger than 18, regardless of their actual age) or by a performer who is portrayed or otherwise made to appear as a person under the age of 18 by virtue of the script, make-up, demeanor, costuming, settings or props; This includes board posts or comments that talk about real life sexual accounts with underage individuals. This includes educational fictitious events;
- Exploits or solicits personal information from anyone under 18;
- Violates any national, federal, state, provincial or local laws, rules, regulations, or ordinances concerning obscenity;

- Harasses or invades the privacy of another person;
- Provides instructional information about illegal activities such as making or buying illegal weapons, violating someones privacy, or providing or creating computer viruses;
- Promotes an illegal or unauthorized copy of anothers copyrighted work, such as pirated computer programs or links to them, or providing information to circumvent manufacturer-installed copy-protect devices, or providing pirated music or links to pirated music files;
- Involves transmission of junk mail, chain letters or unsolicited commercial email or spam;
- Promotes information you know is false, misleading or promotes illegal activity or conduct that is abusive, threatening, obscene, defamatory or libelous;
- Contains restricted or password only access pages, or hidden pages or images (those not linked to or from another accessible page);
- Includes any material not fully in compliance with United States Code, Title 18, Section 2257 et seq or any other applicable statutes, or laws of any other jurisdiction concerning depictions of sexually explicit conduct;
- Solicits passwords or personal identifying information for commercial or unlawful purposes from other users;
- Involves sending advertisements in chat or instant messaging messages;
- Engages in commercial activities and/or sales without our prior written consent such as contests, sweepstakes, barter, advertising, and pyramid schemes;
- Includes any file or data stream that contains viruses, worms, Trojan horses or any other destructive features.

You agree that YouGotPosted may review complaints about User-Submitted Content and take action upon such complaints at its sole discretion.

You are solely responsible for any content you post and YouGotPosted will investigate and take legal action, in its sole discretion, against anyone who violates these Terms of Use, including removal of the offending post from the service and termination of your account. Please note that you may not permit any other person to use your account and that you must immediately inform us of any apparent breach of security, such as loss, theft or unauthorized disclosure or use of a username or password.

# Code of conduct

distribution of any Content that:

a. is illegal, unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of anothers privacy or publicity rights, tortious, or otherwise violates YouGotPosteds rules or policies;
b. infringes on any patent, trademark, trade secret, copyright, right of publicity, or other proprietary right of any party;
c. constitutes unauthorized of unsolicited advertising, chain letters, any other form of unauthorized solicitation, or any form of lottery or gambling;
d. contains software viruses or any other computer code, files, or programs that are designed or intended to disrupt, damage, or limit the functioning of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party;
e. contains information, material, or pictures of any person who is not both older than eighteen (18) years old and over the age of majority in such persons state, province, or country of residence; or
f. that is otherwise prohibited on our Rules and Guidelines page.

You also agree that you will not:

a. harvest or collect information about the users of this website;
b. use such information for the purpose of transmitting or facilitating transmission of unsolicited bulk electronic e-mail or communications;
c. knowingly solicit or collect personal information from a minor under eighteen (18) years of age;
d. use any robot, spider, other automatic device, or manual process to monitor or copy our web pages or the content contained herein without our prior expressed written permission;
e. use any device, software or routine to bypass or to interfere or attempt to interfere with the proper working of YouGotPosted;
f. take any action that imposes an unreasonable or disproportionately large load on our infrastructure; or
g. act in bad faith against this website or YouGotPosted.

You further agree to use only your own account to login to this website, establish a secure password, and to not make your login credentials available to anyone else. You agree that you are responsible and liable for any actions on your account even if they are performed by a third party.

If you are on a computer terminal that may be accessed by persons

Logout button, and not to allow the browser to save or otherwise
store your personal username and password.

If you access the website and find it is already logged in under
another account, you must immediately logout of the website by
clicking the Logout button.

Any and all questions regarding these Terms and Conditions should
be submitted to:
yougotposted@gmail.com

We believe that our website should be accessible only to
responsible and consenting adults. Therefore, we give users the
tools to restrict access to our website should they find it
necessary. We label ugotposted.com using available labeling
standards to represent ourselves as an adult website for mature
audiences only. This means that any filtering software should easily
block access to our website if it is installed and activated on your
computer. You may also use the Internet Explorer Content Advisor
that is built into every Internet Explorer web browser to filter out
websites that have labeled themselves as adult sites (as we have).
You may even Contact Us and ask us to ban your IP or username
from ever returning to this website and we would be happy to help.

I AGREE | I DISAGREE


You Got Posted | Terms Of Use | 18 U.S.C. § 2257 Compliance | Contact | Post Nudes