# YOU GOT POSTED

Girls    Guys    Videos    Members    Replies    Post Nudes

You Got Posted™ contains sexually explicit content and is for **ADULTS ONLY**. If you are under 18 years old, exit. You must agree to our terms before accessing this site. All content posted to this site is user submitted. YOUGOTPOSTED™ is protected under the First Amendment and 47 U.S.C. § 230. UGOTPOSTED™ has a zero-tolerance policy against child pornography. We will terminate and report to the authorities any user who posts illegal content. DMCA Compliance 2257 Exempt

## Post Nudes

UGOTPOSTED.COM has a zero-tolerance policy against child pornography, we will ban and report to the appropriate authorities any user who exploits children.

We respect the rights of copyright holders, and require users to have the legal right to upload and share their media. We comply with the Digital Millennium Copyright Act (DMCA) and other applicable copyright laws, and promptly remove infringing content when properly notified. Repeat infringers' files are removed and their accounts are terminated.
PLEASE DO NOT POST MORE THAN ONCE. ALL POSTS ARE MODERATED

**Full Name (Who is it?)** (required)

**Location (City, State, Country)**

**Age (Only 18+)** (required)

**Facebook Link** (required)

**Other Links (Twitter, Tumblr, Etc.)**

**Tags**



Search

Create an account

**Username**

**Password**

☐ Remember Me

Log In

Categories

Alabama
Alaska
Arizona
Arkansas
Australia
California
Canada
Colorado

**Password (Used for post deletion)**

**Terms (required)**

    I have read and agree to YouGotPosted.com's Terms of Use

    I assume all responsibility for the post I am making and I'm aware of the laws in my jurisdiction

    I CONFIRM THAT I AM AT LEAST **18 YEARS OLD** AND THE PERSON BEING POSTED WAS AT LEAST **18 YEARS OLD** AT THE TIME THE PHOTOS WERE TAKEN AND WILL PROVIDE 2257 RECORDS UPON REQUEST.

**Pictures and Videos (required)**

    Upload

    Post

Connecticut
Couples
D.C.
Delaware
England
Florida
Georgia
Girls
Guys
Hawaii
Honduras
Illinois
Indiana
Kansas
Kentucky
Louisiana
Maine
Maryland
Massachusetts
Mexico
Michigan
Mississippi
Missouri
Nevada
New Hampshire
New Jersey
New York
North Carolina
North Dakota
Oklahoma
Oregon
Pennsylvania
Peru
Poland
South Carolina
South Dakota
Spain
Tennessee
Texas
United Kingdom
Utah
Vermont
Video
Virginia
Washington

# RECORDS KEEPING COMPLIANCE FORM
# PURSUANT TO 18 U.S.C. § 2257

**MODEL IDENTIFYING INFORMATION AND AFFIDAVIT:** Model understands that all the information given in this Agreement is being provided to comply with federal law and any false statement will subject Model to both a civil action by Producer as well as criminal prosecution under federal and state law. _____

(Model's Initials)

a. Legal Name: _____
(Full Current Legal Name: First, Middle, Last)

b. Date of Birth: _____
(Month, Day and Year)

Age: _____

c. Primary identification document must be government issued passport, driver's license, motor vehicle department ID, or military ID: (Each should be described, including the ID number. Clear, good-quality photocopies of each must be attached to this Form and the photocopies must be signed in ink by Model):

(1) First form of identification: _____

(2) Second form of identification: _____

ID # _____

ID # _____

d. All other names ever used (include previous legal names, stage names, Web handles, maiden or married names, aliases, professional names and nicknames):

(1) _____
(Stage Name for this Production)

(a) _____
(All other names)

(2) _____
(Maiden Name if applicable)

(b) _____
(All other names)

(3) _____
(Previous legal name, if applicable)

(c) _____
(All other names)

e. Phone # ( ) _____ [Optional]

**SWORN STATEMENT:** "UNDER 28 U.S.C. §1746 AND THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I SWEAR THAT THE FOREGOING IS TRUE AND CORRECT AND THAT EACH OF THE IDENTIFICATION DOCUMENTS WHICH I HAVE PROVIDED AND OF WHICH I HAVE SIGNED THE ATTACHED COPY WAS LAWFULLY OBTAINED BY ME AND HAS NOT BEEN FORGED OR ALTERED."

Signature: _____
Model's Signature (using full legal name)

Today's Date: _____

MODEL MUST ALSO SIGN ATTACHED COPIES!

UNDER 28 U.S.C. §1746 AND THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I SWEAR THAT I BELIEVE THE FOREGOING IS TRUE AND CORRECT, THAT I HAVE PERSONALLY EXAMINED THE MODEL'S PHOTO IDENTIFICATION AND DATE OF BIRTH, AND THAT I HAVE OBSERVED THE ORIGINALS OF EACH OF THE IDENTIFICATION DOCUMENTS OF WHICH COPIES ARE ATTACHED HERETO AND SIGNED BY THE MODEL.

_____
Signature of Primary Witness

Today's Date: _____

_____
Print Name of Witness

Copy of Depiction Attached:  Hardcopy/Digital    Internet Location/URL: _____