AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __AMY L CHANSON__
was received by me on *(date)* __7/5/2013__.

☒ I personally served the summons on the individual at *(place)* __21 Cone Flower Lane Princeton Junction NJ 08550__ on *(date)* __7/8/2013__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7/8/2013__

_____
Server's signature

__ALDO BALSERRO  Process Server__
Printed name and title

__Post Office Box 8152 NB NJ 07047__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Eric Chawson___
was received by me on *(date)* ___7/5/2013___.

☒ I personally served the summons on the individual at *(place)* ___21 Cone Flower Lane Princeton Junction NJ 08550___ on *(date)* ___7/8/2013___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: ___7/8/2013___

___[signature]___
Server's signature

___Aldo Balseiri  Process Server___
Printed name and title

___Post Office Box 8152  NB NJ 07047___
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Roy E Chanson__
was received by me on *(date)* __7/5/2013__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Amy L Chanson__
__21 Cone Flower Lane Princeton, NJ 08550__, a person of suitable age and discretion who resides there,
on *(date)* __7/8/2013__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/8/2013__

_____
Server's signature

__Aldo Bolcsin   Process Server__
Printed name and title

__Post Office Box 8152 NB NJ 07047__
Server's address

Additional information regarding attempted service, etc: