21 Coneflower Lane

Princeton Junction, N.J. 08550

609-548-6067

8/29/13     C2-13-486

Dear Judge Frost,

I know that I sent you my reply memorandum last week, but I found this proof that the domain Yougotposted website was moved from my account on Oct.25,2012 and the change of owner's address was amended on Friday, November 9, 2012. Please add these exhibits to case # 2:13-cv-00486.

Thank you,

*Eric Chanson*

Eric Chanson



Eric Steven <ericxsteven@gmail.com>

## Fw: Move Completed: .COM Domain Name Order of yougotposted.com moved from your Customer Account

1 message

**ericxsteven@gmail.com** <ericxsteven@gmail.com>  Thu, Oct 25, 2012 at 11:55 AM
Reply-To: ericxsteven@gmail.com
To: ericxsteven@gmail.com

Sent from my Verizon Wireless BlackBerry

**From:** WebCare360 <sales@webcare360.com>
**Date:** Thu, 25 Oct 2012 15:46:15 +0000 (GMT)
**To:** <ericxsteven@gmail.com>
**Subject:** Move Completed: .COM Domain Name Order of yougotposted.com moved from your Customer Account

Dear Customer,

Your .COM Domain Name has been moved to another Customer. You will no longer be able to Manage this Order from your Control Panel.

### Order Details

Order ID: 46389997
Order Description: yougotposted.com
Product: .COM Domain Name

**Support**
For any support with respect to your relationship with us you can always contact us directly using the following Information.

*Technical Support:*
Tech Support URL: http://www.webcare360.com/contact.html

*Sales Contact:*
Email Address: sales@webcare360.com
Tel No.: +92.3216643233
Fax No.: +92.3334858791

*Billing Contact:*
Email Address: domain@webcare360.com
Tel No.: +92.3216643233
Fax No.: +92.3334858791

Best Regards,
sales@webcare360.com
webcare360@live.com
Tel: +92.415500130

Note:

**FREE! with EVERY Domain Name**

- Privacy Protection
- DNS Service
- Domain Forwarding
- Domain Theft Protection
- Dedicated Support
- Bulk Tools
- Easy to use Control Panels
- Domain Secret Management
- Expiry Reminders
- Renewal Management Tools
- Contact Management Tools

Case # 2:13-CV-00486

Case: 2:13-cv-00486-GLF-MRA Doc #: 24 Filed: 09/04/13 Page: 3 of 5 PAGEID #: 302



Eric Steven <ericxsteven@gmail.com>

## Serial number 85730045: Received Your Change of Owner's Address
1 message

**teas@uspto.gov** <teas@uspto.gov>  Fri, Nov 9, 2012 at 12:23 PM
To: ericxsteven@gmail.com

We have received your Change Of Owner's Address form below.
Application serial number(s) 85730045 has/have been amended as follows:

PTO Form 2197 (Rev 09/2005)

OMB No. 0651-0056 (Exp 09/30/2014)

## Change Of Owner's Address

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85730045 |
| **MARK SECTION** | |
| **MARK** | YOUGOTPOSTED |
| **OWNER SECTION (current)** | |
| **NAME** | Eric Chanson |
| **STREET** | 2 Columbia Pl |
| **CITY** | Princeton Junction |
| **STATE** | New Jersey |
| **ZIP/POSTAL CODE** | 08550 |
| **COUNTRY** | US |
| **PHONE** | 267-772-3908 |
| **EMAIL** | ericxsteven@gmail.com |
| **CORRESPONDENCE SECTION (current)** | |
| **ORIGINAL ADDRESS** | ERIC CHANSON<br>PRINCETON JUNCTION New Jersey 08550-1816<br>US<br>267-772-3908<br>ericxsteven@gmail.com |

| Input Field | Entered |
|---|---|
| **NEW OWNER ADDRESS** | |
| INTERNAL ADDRESS | Suite 27 |
| STREET | 1765 Garnet Ave |
| CITY | San Diego |
| STATE | California |
| ZIP/POSTAL CODE | 92109 |
| COUNTRY | United States |
| PHONE | (619) 786-0710 |
| EMAIL | ericxsteven@gmail.com |
| **NEW CORRESPONDENCE ADDRESS FOR OWNER** | |
| NAME | Kevin C Bollaert |
| INTERNAL ADDRESS | Suite 27 |
| STREET | 1765 Garnet Ave |
| CITY | San Diego |
| STATE | California |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 92109 |
| PHONE | (619) 786-0710 |
| EMAIL | ericxsteven@gmail.com |
| | YES |
| **SIGNATURE SECTION** | |
| SIGNATURE | /eric chanson/ |
| SIGNATORY NAME | Eric Chanson |
| SIGNATORY DATE | 11/09/2012 |
| SIGNATORY POSITION | Owner |
| SIGNATORY PHONE NUMBER | 480-245-9250 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Fri Nov 09 12:23:56 EST 2012 |
| TEAS STAMP | USPTO/COA-50.82.160.103-2 0121109122356678898-85730 045-490142bd6b7322dba9da3 8aa428954cab8a-N/A-N/A-20 121109121925926065 |

Case #2:13CV 00486

8/29/2013 10:00 A

Case: 2:13-cv-00486-GLF-MRA Doc #: 24 Filed: 09/04/13 Page: 5 of 5  PAGEID #: 304

Thank you,

The TEAS support team
Fri Nov 09 12:23:57 EST 2012
STAMP: USPTO/COA-50.82.160.103-20121109122356678898-85730045-
490142bd6b7322dba9da38aa428954cab8a-N/A-N/A-20121109121925926065

Case # 2:13cv 00 486