IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, through her father JOHN DOE, | : |
| Plaintiff, | : |
| vs. | : |
| KEVIN C. BOLLAERT, an individual; ERIC S. CHANSON, an individual; ROY E. CHANSON, an individual; AMY L. CHANSON, an individual; BLUE MIST MEDIA, LLC, a limited-liability company of unknown origin, d/b/a "YOUGOTPOSTED"; and "JOHN DOE," an individual, | : Case No.: 2:13-cv-00486-GLF-MRA<br><br>Judge Gregory L. Frost<br><br>**DECLARATION OF LAURA M. TUCKER** |
| Defendants. | : |

### Declaration of Laura M. Tucker

I, LAURA M. TUCKER, do hereby affirm under penalty of perjury:

1. I am over the age of eighteen years and am a resident of the State of Nevada. I am a law clerk with Randazza Legal Group. I received my juris doctorate from UNLV William S. Boyd School of Law in 2013, but I am not licensed to practice law.

2. I have personal knowledge of the facts contained herein, and, if called as a witness, could testify competently thereto.

3. On or about 1:15 p.m. PT on August 29, 2013, I witnessed a telephone conversation between Ronald D. Green, Marc J. Randazza, and J. Malcolm DeVoy of Randazza Legal Group and Defendant Amy L. Chanson.

4. At the beginning of the conversation, Mr. DeVoy identified himself and all of those present on the call to Amy Chanson. He stated that he wanted to speak with her about

important issues in the case and asked if she had retained an attorney, as he could not speak to her if she was represented.

5. Amy Chanson responded that she could not speak to anyone from Randazza Legal Group, and said, "I need my lawyer present" several times before terminating the phone call.

6. Mr. DeVoy asked for her attorney's contact information at least once. Amy Chanson refused to answer, and said that she needed to speak with her lawyer. She did not state the name of her attorney at any time, even after being directly asked.

Dated September 12, 2013

_____
Laura M. Tucker, Randazza Legal Group