21 Coneflower Lane
Princeton Junction, New Jersey 08550
9/15/13

The Honorable Magistrate Judge Abel
United States District Court of Ohio
85 Marconi Blvd.
Columbus, Ohio 43215
Case # 2:13-cv-486

Dear Judge Abel:

　　Please accept this letter in response for the Report of the Parties form you requested from us for case # 2:13-cv-486.
 Please note the following:
1. We are residents of the state of New Jersey.
2. We had no involvement with the website at any time, we should not be included in this lawsuit.
3. We cannot afford an attorney so we will be representing ourselves in this mediation.
4.  We are not comfortable to speak with the plaintiffs counsel  (Mark Randazza) without assistance from the court because he has misquoted us in court documents.
5.  We believe there is no personal jurisdiction since we live in New Jersey and have no association with the plaintiffs or anyone else in the state of Ohio.
6. We seek dismissal.
7. As per your instructions, we have sent an email to plaintiffs counsel that we will be available for a telephone conference on September 26, 2013 at 11:30 am.

Thank you for your time in this matter.

Respectfully,


_____　　　　_____
Roy Chanson　　　　　　　　　　　　　　　　　　　　　Amy Chanson

609-548-6095　　　　　　　　　　　　　　　　　　　　609-548-6067