IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jane Does, a minor, through her father John Doe,

        Plaintiff

  v.

Kevin C. Bollaert, *et al.*,

        Defendants

: Civil Action 2:13-cv-00486

: Judge Frost

: Magistrate Judge Abel

## ORDER

The Clerk of Court is DIRECTED to remove plaintiffs' September 17, 2013 motion to extend the time for service of process upon Kevin Bollaert under Rule 4(m) (doc. 32) from the pending motions list. It is MOOT.

                                      s/Mark R. Abel
                                      United States Magistrate Judge