FILED
JOHN P. HEHMAN
CLERK

2013 SEP 27  PM 2: 53

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

21 Coneflower Lane
Princeton Junction, New Jersey 08550
9/15/13

The Honorable Magistrate Judge Abel
United States District Court of Ohio
85 Marconi Blvd.
Columbus, Ohio 43215
Case # 2:13-cv-486

Dear Judge Abel:

Please accept this letter in response for the Report of the Parties form you requested from us for case # 2:13-cv-486.
Please note the following:
1. We are residents of the state of New Jersey.
2. We had no involvement with the website at any time, we should not be included in this lawsuit.
3. We cannot afford an attorney so we will be representing ourselves in this mediation.
4. We are not comfortable to speak with the plaintiffs counsel (Mark Randazza) without assistance from the court because he has misquoted us in court documents.
5. We believe there is no personal jurisdiction since we live in New Jersey and have no association with the plaintiffs or anyone else in the state of Ohio.
6. We seek dismissal.

Thank you for your time in this matter.

Respectfully,

_____
Roy Chanson
609-548-6095

_____
Amy Chanson
609-548-6067