IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

JANE DOE

Plaintiff

Case No. 2;13-cv-00486-GLF-MRA

The Honorable Judge Gregory L. Frost

VS.

ROY CHANSON, AMY CHANSON

ROY AND AMY CHANSON'S RESPONSE TO PLAINTIFFS MOTION TO STRIKE

## ROY AND AMY CHANSON'S MOTION TO STRIKE THE PLAINTIFF'S MOTION TO STRIKE ALL PLEADINGS BY ROY AND AMY CHANSON

Introduction

The Chansons ask the court to dismiss the Plaintiff's motion to strike. Roy and Amy Chanson are defending themselves pro se. Roy and Amy Chanson are residents of the State of New Jersey. Roy and Amy Chanson do not have an attorney. Roy and Amy Chanson secured the services of SmithDehnIndia a professional legal outsourcing company (SmithDehnIndia.com- see exhibit A) which was recommended by our former attorney from a previous case in Nevada. Considering the Chanson's lack of funds, they decided to use the legal outsourcing company SmithDehnIndia in writing the Motion to Dismiss and Motion for Sanctions.

Statement of Facts

The plaintiff's attorney continues to site Ronald Green's alleged conversations regarding the website. These conversations did not take place. The plaintiff's attorneys and employees continue to make false statements about conversations they had with Amy.

The Chansons agree they need the aid of this Court to provide a remedy. Roy and Amy Chanson have had no involvement with the website and should not be defendants in this lawsuit . We

hope the Court will see fit to dismiss Roy and Amy Chanson from this lawsuit as they had no association whatsoever with the website and impose sanctions on Plaintiff(s) attorneys.

Conclusion

It is our understanding that Kevin Bollaert has shut down the Yougotposted.com website and it is no longer on the internet. In summary, we ask the court to strike and dismiss the plaintiff's motion to strike and dismiss for the following reasons; We do not have an attorney because we cannot afford one. We employed the services of SmithDehnIndia to write the motions. We were not involved with the website and hope the Court will see fit to dismiss Roy and Amy Chanson from this lawsuit.

October 15, 2013    Case no. 2:13-cv-00486

Respectfully submitted:

*Roy Chan* (signature)

Roy Chanson

21 Coneflower Lane

Princeton Junction, New Jersey 08550

609-548-6095 roy.chanson@gmail.com

*Amy Chanson* (signature)

Amy Chanson

21 Coneflower Lane

Princeton Junction, New Jersey 08550

609-548-6067

Dated: October 15, 2013     Case No. 2:13-cv-00486

## Certificate of Service

This document was served upon the parties via US Mail.

Kevin Bollaert
1765 Garnet Ave 27
San Diego, CA 92109

Mark J. Randazza
Randazza Legal Group
3625 S. Town Center Drive
Las Vegas, NV 89135

H. Louis Sirkin
600 Vine Street Suite 2700
Cincinnati, OH 45202

Case No.2:13-cv-GLF-MRA

October 16, 2013

# EXHIBIT A



Roy Chanson <roy.chanson@gmail.com>

## From: Amy and Roy Chanson

**Vidya** <vidya@smithdehnindia.com>  
To: Roy Chanson <roy.chanson@gmail.com>

Wed, Oct 16, 2013 at 2:09 AM

Hi Roy and Amy,

We are an offshore legal services firm. We are a company incorporated in India and have several Indian attorneys and non-attorneys working here doing research and drafting documents. You could also refer the judge to our website if that is of interest to him/her. www.smithdehnindia.com

Best,  
Vidya


VIDYA DEVAIAH  
Managing Director

**SmithDehn**INDIA  
LAW WITHOUT BORDERS

Phone: +91 821 419 4253  
Fax: +91 821 428 9724  
Website: www.smithdehnindia.com  
Twitter: @vidyagd  
LinkedIn: Vidya Devaiah  
about.me/vidya_devaiah

*managed by*  
**SmithDehn**  
www.smithdehn.com

[Quoted text hidden]  
[Quoted text hidden]