IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JANE DOE,**

    **Plaintiff,**

    v.

**KEVIN C. BOLLAERT, et al.,**

    **Defendants.**

    **Case No. 2:13-cv-486**
    **JUDGE GREGORY L. FROST**
    **Magistrate Judge Mark R. Abel**

## ORDER

On October 10, 2013, this Court scheduled an October 21, 2013 in-court hearing (ECF No. 43) on Plaintiff's motion to strike or, in the alternative, motion to show cause (ECF No. 27). The purpose of this hearing is to permit Plaintiff, Roy Chanson, Amy Chanson, and Eric Chanson to present testimony and other evidence on the ghostwriting issue.

On October 16, 2013, Roy and Amy Chanson filed both a response to the motion to strike (ECF No. 46) and a motion to continue the hearing (ECF No.47). In the response, Roy and Amy Chanson admitted that they employed the services of an offshore legal services company to ghost-write their motions. In light of this admission, the Court concludes that Roy and Amy Chanson are excused from being required to attend the October 21, 2103 hearing. The Court will address the ghostwriting issue in regard to Roy and Amy Chanson on the paper submissions of Plaintiff and Roy and Amy Chanson and will issue a decision imposing appropriate sanctions in due course. This Court therefore **DENIES AS MOOT** the motion to continue the hearing. (ECF No. 47.)

The October 21, 2013 hearing shall still proceed in regard to Eric Chanson, and both Plaintiff and Eric Chanson are still required to attend. This Court again cautions Eric Chanson that a failure

to appear at the hearing will result in the possible imposition of any and all available sanctions, including but not limited to the entry of default judgment as appropriate.

    **IT IS SO ORDERED**.

                                                            /s/ Gregory L. Frost  
                                                    GREGORY L. FROST  
                                                    UNITED STATES DISTRICT JUDGE