IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

JANE DOE

Plaintiff                                                                                  Case No. 2;13-cv-00486-GLF-MRA

The Honorable Judge Gregory L. Frost

VS.

ERIC CHANSON

ERIC CHANSON'S REPLY TO GHOSTWRITING

The purpose of this letter is to tell you that the SmithDehnIndia company was used to write my motions. I also want you to know that Kevin Bollaert shut down the website Yougotposted.com.

Dated: October 17, 2013            Respectfully  submitted,

 Eric Chanson

21 Coneflower Lane

Princeton Junction, New Jersey 08550