IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANE DOE

Plaintiff

VS.

ROY CHANSON

AMY CHANSON

10/17/13

October 17, 2013

Case No. 2;13-cv-00486-GLF-MRA

The Honorable Judge
Gregory L. Frost

ROY AND AMY CHANSON'S RESPONSE

TO USING "UNBUNDLED" LEGAL SERVICE

## ROY AND AMY CHANSON'S MOTION TO CONSIDER WHY THEY FELT THE NEED TO USE "UNBUNDLED" LEGAL SERVICES

Introduction:

The Chansons respectfully ask the court to consider their reasons for using "unbundled" legal services. The Chansons are residents of the State of New Jersey. The Chansons intention was not to deceive the court in any way. They are defending themselves "pro se". According to the American Bar Association, Formal Opinion 07-446 (May 2007) "the fact that a litigant submitting papers to a tribunal on a pro se basis has received legal assistance behind the scenes is not material to the merits of the litigation."

Statement of Facts:

1. The Chansons ask the court to recognize that the motions filed with the "unbundled" service is not material to the Plaintiff's complaint. The Plaintiff's complaint alleges The Chansons participated in the website. The Yougotposted.com website has been shut down. The Chansons did not hide the fact they used the services. They were not aware to add the name of the services used to the document. When asked by the court to provide their source they notified the court immediately.

outsourcing company seemed the only way the Chansons could answer the complaints without certain financial ruin.

3. The Plaintiff's counsel has caused much harm to include Roy and Amy Chanson in the lawsuit. Roy Chanson's future employment is a major concern. Any future employer who Googles his name will find his name attached to this lawsuit and the others brought by the Plaintiff's attorney.

Conclusion:

Given the circumstances mentioned in this motion, The Chansons will be in financial and personal ruin without the services used. Roy and Amy Chanson were not informed by the legal services to include the service name to the document otherwise they most certainly would have. They did not intend to deceive the court in any way. The Chansons respectfully ask the court to consider their Motions to Dismiss and Motions for Sanctions and the reasons they used "unbundled" services.

October 17, 2013    Case no. 2:13-cv-00486

Respectfully submitted:

*Roy Chanson* (signature)

Roy Chanson

21 Coneflower Lane

Princeton Junction, New Jersey 08550

609-548-6095 roy.chanson@gmail.com

*Amy Chanson* (signature)

Amy Chanson

21 Coneflower Lane

Princeton Junction, New Jersey 08550    609-548-6067

oct. 17, 2013.

Dated: October 17, 2013     Case No. 2:13-cv-00486

## Certificate of Service

This document was served upon the parties via US Mail.

Kevin Bollaert
1765 Garnet Ave 27
San Diego, CA 92109

Mark J. Randazza
Randazza Legal Group
3625 S. Town Center Drive
Las Vegas, NV 89135

H. Louis Sirkin
600 Vine Street Suite 2700
Cincinnati, OH 45202