ROY E. CHANSON
AMY L. CHANSON
21 CONEFLOWER LANE
PRINCETON JCT, NJ. 08550

November 22, 2013

FILED
JOHN P. HEHMAN
CLERK

2013 NOV 25 PM 2: 23

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| JANE DOE, | Case No.: 2:13-cv-0486- GLF-MRA |
| JOHN DOE | |
| Plaintiff, | Judge Gregory L. Frost |
| vs. | |
| ROY E. CHANSON, AMY L. CHANSON | DEFENDANTS ROY AND AMY CHANSON'S INITIAL DISCLOURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 (a)(1) |
| Defendant(s) | |

Pursuant to Federal Rule 26 (a) (1) Defendants Roy E. Chanson and Amy L. Chanson (The Chansons) appearing pro se make the following initial disclosures to the plaintiffs in Case No. 2:13-cv-0486. These disclosures are based on information presently known and available for The Chanson's defense. The Chansons had no association with the website or business named in this lawsuit.

November 22, 2013

1. <u>Individuals Likely To Have Discoverable Information</u>

   Individuals likely to have discoverable information that The Chansons may use to support their defense are as follows:

   | Eric Chanson | Kevin Bollaert |
   |---|---|
   | 21 Coneflower Lane | 17 Garnet Ave. #27 |
   | Princeton Junction, NJ 08550 | San Diego, California 92109 |

2. <u>Description of Documents</u>

   The Chansons had no association whatsoever with the website or business named in this lawsuit. The Chansons have no documents in their possession to identify or submit to the plaintiffs.

3. <u>Computation of Damages</u>

   The Chansons deny liability for damages and will present evidence of their court costs and fees after the claims against them have been denied or dismissed.

Respectfully submitted,

_____  _____
Roy E. Chanson                                Amy L. Chanson

Dated: November 22, 2013

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Rule 26 (a) (1) was served upon all the other parties via United States Postal Service.

Kevin Bollaert

1765 Garnet Avenue #27

San Diego, California


Malcolm De Voy/ Mark J. Randazza

Randazza Legal Group

3625 S. Town Center Drive Suite 150

Las Vegas, Nevada 89135

1. H. Luis Sirkin
2. Santen and Hughes LLP
3. 600 Vine Street Suite 2700
4. 
5. Cincinnati, Ohio 4502