# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JANE DOE, a minor, through her father**
**JOHN DOE,**

      **Plaintiff,**

                              **Case No. 13-cv-486**
      v.                              **Judge Gregory L. Frost**

**KEVIN C. BOLLAERT, et al.,**

      **Defendants.**

## ORDER

Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 62) shall come on for a non-oral hearing on January 31, 2014 at 8:00 a.m.

    **IT IS SO ORDERED.**

                                                   /s/ **Gregory L. Frost**
                                                   Gregory L. Frost
                                                   United States District Judge