IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Jane Doe, et al.,**

        **Plaintiff**              **Civil Action 2:  13-cv-486**
                                       **Judge Frost**
  **vs**                                   **Magistrate Judge Abel**
                                       **Mediator Philip Downey**

**Bollaert, et al.,**

        **Defendant**

### NOTICE OF SETTLEMENT CONFERENCE

    Under the provisions of E.D. Order 91-4, pt. IV., this case is hereby noticed for March,  2014,  Settlement Week mediation

**March 12, 2014 at 1:30 PM**

    Please report to  Room 121 (for posting of room assignments), 85 Marconi Boulevard, Columbus, Ohio for assignment to a mediation room.

    The rules for mediation are:

1. Each party and their trial attorney must attend.
2. No later than <u>February 25, 2014,</u>  Plaintiff must serve a fully documented written settlement demand on the mediator and counsel for all other parties.
3. No later than <u>March 4, 2014</u> , defendant must make a reasoned written response served on all counsel and the mediator.
4. All settlement discussions shall be subject to Federal Evidence Rule 408.

    CANCELLATION.  If one or more parties do not want the case mediated during the March, 2014, Settlement Week, that party or parties <u>must</u> initiate a telephone conference call with counsel for all parties and Magistrate Judge Abel [(614)719-3370] no later than <u>March 4, 2014.</u>  Requests to cancel a mediation made after <u> March 4, 2014 </u> must be by motion supported by a memorandum which complies with E.D. Order 91-4 and which is served on the client.  Counsel must notify both the <u>Mediator and the Magistrates Judge's office</u> that the motion has been filed and secure a date for the motion to be heard.

                                                           **Mark R. Abel**
                                                           **United States Magistrate Judge**

**February 17, 2014**                                   s/Spencer D. Harris
                                                           **Spencer D. Harris/Courtroom Deputy**
                                                           (614) 719-3027

**Notice e-mailed to counsel listed on reverse side.  Please call Spencer D. Harris (614) 719-3027 if any counsel or parties have been omitted.**

To: See electronic notice for list of attorneys

**Philip Downey, Mediator**
**106 S. Main St.**
**Ste. 1100**
**Akron, OH 44308**
**330-208-1152**
**pfdowney@vorys.com**