IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jane Does, a minor, through her father John Doe, | : | |
| | : | Civil Action 2:13-cv-00486 |
| Plaintiff | | |
| | : | Judge Frost |
| v. | | |
| | : | Magistrate Judge Abel |
| Kevin C. Bollaert, *et al.*, | | |
| | : | |
| Defendants | | |

## Order Canceling Settlement Week Mediation

On March 4, 2014, counsel for plaintiff and defendants Amy Chanson and Roy Chanson participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for March 12 at 1:30 p.m. be canceled. The parties are far apart in their settlement evaluations. No discovery has been conducted. The March 2014 Settlement Week mediation is CANCELED.

This case will be noticed for the June 2014 Settlement Week unless counsel and defendants Amy Chanson and Roy Chanson call me (614-719-3370) on or before **April 25, 2014** to set up a telephone conference to let me know that they do not to participate in the June 2014 Settlement Week.

The Clerk of Court is DIRECTED to serve a copy of this Order on the Settlement Week Mediator Philip Downey, 106 S. Main St., Ste. 1100, Akron, OH 44308.

s/Mark R. Abel
United States Magistrate Judge
