CIVIL MINUTES
3/18/14 ORAL HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT.
C2-13-486, JANE DOE V. KEVIN BOLLAERT, ET AL.

PLAINTIFF'S COUNSEL: J. MALCOLM DEVOY
DEFENDANTS KEVIN BOLLAERT & ERIC CHANSON FAILED TO APPEAR.
COURT REPORTER: DENISE ERRETT
COURTROOM DEPUTY: SCOTT MILLER

The Court heard oral argument from Plaintiff's counsel and will issue its order on the pending motion forthwith.