IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANE DOE,

    **Plaintiff,**

    v.

KEVIN C. BOLLAERT, et al.,

    **Defendants.**

Case No. 2:13-cv-486
JUDGE GREGORY L. FROST
Magistrate Judge Mark R. Abel

## ORDER

On March 18, 2014, this Court held an oral hearing on Plaintiff's motion for default judgment. (ECF No. 67.) Plaintiff, her father, and her counsel appeared. No defendant or counsel for any defendant appeared. At the hearing, the Court accepted the declaration of Plaintiff and considered the complaint and the attachments to the motion. This Court also discussed with Plaintiff and her counsel the availability of the damages requested in the motion and whether all counts pled presented viable civil claims for relief.

The Court memorializes the results of that hearing as follows:

(1) this Court **GRANTS** Plaintiff's motion for default judgment (ECF No. 67);

(2) the Court **ENTERS** default judgment against Defendant Kevin C. Bollaert and Defendant Eric S. Chanson, jointly and severally, in the amount of $385,000.00;

(3) this Court notes that the $385,000.00 damages award is comprised of $150,000.00 on Count Three pursuant to 18 U.S.C. § 2252A(a)(2) and (f) and 18 U.S.C. § 2255(a), $150,000.00 on Count Four pursuant to 18 U.S.C. § 2252A(a)(3) and (f) and 18 U.S.C. § 2255(a), $10,000.00 on Count Five pursuant to Ohio Revised Code § 2741.02 and Ohio Revised Code § 2741,07(A)(1)(b), and $75,000.00 in total punitive damages for the 18 U.S.C. § 2252A

violations pursuant to 18 U.S.C. § 2252A(f)(2)(B);

(4) the Court accepts that Plaintiff has waived attorneys' fees in light of her recovery of $385,000.00 in statutory damages (ECF No. 67, at Page ID # 540);

(5) this Court awards Plaintiff pre- and post-judgment interest as allowed by applicable law; and

(6) the Court **ENTERS** a permanent injunction against Defendant Kevin C. Bollaert and Defendant Eric S. Chanson and **ORDERS** that all images of Plaintiff within their control be destroyed, that they remove Plaintiff's likeness and identity from their websites, and that these defendants are hereby enjoined from any future or further distribution of the images depicting her as a minor engaged in the lewd and lascivious display of her genitals and pubic areas.

The Clerk shall enter judgment against Defendant Kevin C. Bollaert and Defendant Eric S. Chanson accordingly and terminate them on the docket as parties to this action.

**IT IS SO ORDERED**.

      /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE