**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Jane Doe

      vs        Case No. C2-13-486

Kevin C. Bollaert, et al.        **Judge Frost**
                                                      **Magistrate Judge Abel**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

      **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's March 18, 2014 Opinion and Order, Default Judgment is entered against Defendants Kevin C. Bollaert and Eric S. Chanson, jointly and severally, in the amount of $385,000.00.

Date:  **March 18, 2014**                                          **John P. Hehman, Clerk**

                                                                                                 s/ Scott Miller
                                                                        By Scott Miller /Deputy Clerk