**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

**(Revised 09/19)**

| | | |
|---|---|---|
| | : | |
| JANE DOE, | : | Case No.: 2:13-cv-00486-GLF-MRA |
| -vs- | : | |
| KEVIN C. BOLLAER, ET AL, | : | Judge Gregory L. Frost |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, Rick L. Brunner , trial
(Name of Trial Attorney)

attorney for Roy and Eric Chanson, in the above-referenced action, hereby moves the court to (Name of Party)

admit Morgan L. McDermott , *pro hac vice* to appear and participate as counsel or co-counsel (Name of PHV Attorney)

in this case for Defendants Roy Chanson & Eric Chanson.
(Name of Party)

Movant represents that Morgan L. McDermott is a member in good standing
(Name of PHV Attorney)

of the highest court of Ohio as attested by the accompanying certificate from that (Name of (State)

court and that Morgan L. McDermott is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee

Morgan L. McDermott ‘s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone (614) 241-5550 Business fax (614) 241-5551

Business address 5001 Horizons Drive, Suite 209, Columbus, Ohio 43215

Business e-mail address: mlm@brunnerlaw.com

/s/ Morgan L. McDermott
(Signature of Trial Attorney)

5001 Horizons Drive, Ste
209

(Address)

Columbus, OH 43220

(City, State, Zip Code)

614-241-5550

(Telephone Number)

Trial Attorney for Defendants Roy & Eric Chanson

(Name of Party)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was submitted for filing via the Court’s e-Filing system this 14th day of August, 2026, and that service of the foregoing document was made via the Court’s e-Filing system upon all counsel of record and parties registered for e-filing.

*/s/*

*Rick L. Brunner*
Rick L. Brunner (0012998)

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Morgan Leigh McDermott**
Attorney Registration No. **0105520**

was admitted to the practice of law in Ohio on May 12, 2025; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 7th day of August, 2026.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Bradley J. Martinez, Esq.
*Deputy Director, Registration and Continuing Legal Education Section*

No. 2026-08-07-1
Verify by email at GoodStandingRequests@sc.ohio.gov